| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| √ INITIAL APPEARANCE | DATE: February 21, 2007 |
| ❒ BOND HEARING | |
| ❒ DETENTION HEARING | Digital Recording 2:10 - 2:36 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❒ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr169-WHA   **DEFENDANT NAME:** Rodrigez Childres

**AUSA:** Clark Morris   **DEFT. ATTY:** Tiffany McCord

Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Terrence Marshall

Interpreter needed: (√) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest February 20, 2007 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Tiffany McCord- Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| √ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing set for March 1, 2007 @ 1:00 p.m. |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT - Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE: March 2, 2007 |
| √ | CRIMINAL TERM: June 4, 2007 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |