**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

--------------------------------------------------------------------------------

❏ **INITIAL APPEARANCE**                    **DATE: March 1, 2007**
√ **BOND HEARING**
❏ **DETENTION HEARING**              **Digital Recording 10:50 - 10:54**
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

--------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NO. 2:06cr169-WKW**          **DEFENDANT NAME:** Rodrigez Childres

**AUSA:** Clark Morris                    **DEFT. ATTY:** Tiffany McCord

                          **Type Counsel:** ( )Retained; ( √ ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Jason Dillon

**Interpreter needed: ( √ ) NO; (  )YES  Name:**

_____

❏            Date of Arrest or ❏ Arrest Rule 40

❏            Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator

❏            Financial Affidavit executed. ORAL MOTION for appointment of Counsel.

❏            ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed

❏            Panel Attorney Appointed; ❏ to be appointed - prepare voucher

❏            Deft. Advises he will retain counsel. Has retained _____

❏            ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written
            motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed

❏            Detention Hearing ❏ held; ❏set for

❏            ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered

❏            ORDER OF DETENTION HEARING PENDING TRIAL to be entered

√            Release order entered.  Deft advised of conditions of release

√            √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released

            ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered

❏            Bond not executed. Defendant to remain in Marshal's custody

❏            Deft. ORDERED REMOVED to originating district

❏            Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing

❏            Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury

❏            ARRAIGNMENT -  Plea of NOT GUILTY entered.
                  DISCOVERY DISCLOSURE DATE:

❏            **CRIMINAL TERM:**

❏            **NOTICE to retained Criminal Defense Attorney handed to counsel**

**Government has filed motion to withdraw motion for detention as to this defendant.**