IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
      )
v.      )      CR. NO. 2:06cr169-WKW
      )
RODRIGEZ CHILDRES      )

**<u>ORDER</u>**

Upon consideration of the government's motions for detention hearing (Doc. # 22), filed February 21, 2007, and motion to withdraw (Doc. # 93), filed March 1, 2007, and for good cause, it is

ORDERED that the motions be and hereby are GRANTED.

DONE, this 6th day of March, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE