IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:06cr169-WKW |
| ) | |
| KOWOSKY TYWAN CHRISTIAN ) | |
| CHRISTOPHER IMAN ULMER ) | |
| DARRYL LAMONT BROWN ) | |
| DARNELL MONTREZE BROWN ) | |
| RODRIGEZ CHILDRES ) | |
| ROGER WALTON ) | |
| JAMES EARL HUBBARD ) | |
| JAMES CALVIN TALLEY ) | |
| WILONT TIMOTHY BARNETT ) | |

### **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled in this case for April 4, 2007, be and hereby is **rescheduled for 3:00 p.m. on April 2, 2007** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 12th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE