IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) 2:06CR169-WHA |
| | ) |
| CECILLO PACACHE, et al. | ) |

## DEFENDANT RODRIGEZ CHILDRES'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

**COMES NOW**, the Defendant, **RODRIGEZ CHILDRES,** by and through counsel of record, Tiffany B. McCord, and moves for an extension of time to file pretrial motions in the above styled and numbered case, showing for grounds the following:

1. The Defendant's pretrial motions are currently due on or before March 29, 2007.
2. Trial is scheduled for the June 4, 2007 trial term.
3. There are sixteen defendants in this matter. The undersigned will need additional time to review the voluminous discovery, consisting of several thousands of pages.
4. Undersigned counsel has been advised by the United States Attorneys Office that the Government will not object to an extension of the pretrial motions deadline.

**WHEREFORE**, Defendant Childres respectfully moves this Honorable Court to extend the deadline for filing his pretrial motions.

**RESPECTFULLY SUBMITTED** this 19th day of March 2007.

s/ Tiffany B. McCord
TIFFANY B. MCCORD
ATTORNEY FOR RODRIGEZ CHILDRES
**The Law Office of Tiffany B. McCord, LLC**
**Post Office Box 1803**
**Montgomery, Alabama 36102**
**Office: (334) 356-6529**
**Fax: (334) 263-4766**
tmcdmc@netzero.com

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) 2:06CR169-WHA |
| | ) |
| CECILLO PACACHE, et al. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Clark Morris, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ Tiffany B. McCord
TIFFANY B. MCCORD
ATTORNEY FOR RODRIGEZ CHILDRES
**The Law Office of Tiffany B. McCord, LLC**
**Post Office Box 1803**
**Montgomery, Alabama 36102**
Office: (334) 356-6529
Fax: (334) 263-4766
tmcdmc@netzero.com