CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE<br>ALM | 2. PERSON REPRESENTED<br>Rodrigez Childress | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:06-cr-169-11 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Pacache, et al | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |
|---|---|---|---|

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21 846   Conspiracy to Distribute Controlled Substance

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS<br><br>Tiffany B. McCord<br>505 S. Perry Street<br>Montgomery, AL 36104<br><br>Telephone Number :      (334) 356-6529 | 13. COURT ORDER<br>☐ O Appointing Counsel     ☐ C Co-Counsel<br>☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney<br>☐ P Subs For Panel Attorney   ☐ Y Standby Counsel<br><br>Prior Attorney's Name:<br>  Appointment Dates:<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☑ Other (See Instructions)<br>~~By Copy of Court's Order~~ (attached)<br>         Signature of Presiding Judge or By Order of the Court<br>     4/18/2007<br>    Date of Order          Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☐ YES  ☐ NO |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | |

| | CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|
| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. | a. Arraignment and/or Plea | | 0.00 | | 0.00 | |
| | b. Bail and Detention Hearings | | 0.00 | | 0.00 | |
| | c. Motion Hearings | | 0.00 | | 0.00 | |
| | d. Trial | | 0.00 | | 0.00 | |
| | e. Sentencing Hearings | | 0.00 | | 0.00 | |
| | f. Revocation Hearings | | 0.00 | | 0.00 | |
| | g. Appeals Court | | 0.00 | | 0.00 | |
| | h. Other (Specify on additional sheets) | | 0.00 | | 0.00 | |
| | (RATE PER HOUR = $    )   **TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. | a. Interviews and Conferences | | 0.00 | | 0.00 | |
| | b. Obtaining and reviewing records | | 0.00 | | 0.00 | |
| | c. Legal research and brief writing | | 0.00 | | 0.00 | |
| | d. Travel time | | 0.00 | | 0.00 | |
| | e. Investigative and other work (Specify on additional sheets) | | 0.00 | | 0.00 | |
| | (RATE PER HOUR = $    )   **TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | 308.00 | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 308.00 | | 0.00 | |

(In Court — rows 15; Out of Court — rows 16)

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM:         TO: | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

| 22. CLAIM STATUS    ☐ Final Payment    ☑ Interim Payment Number   1       ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☑ NO   If yes, were you paid? ☐ YES ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☑ NO   If yes, give details on additional sheets.<br>I swear or affirm the truth or correctness of the above statements.     Signature of Attorney                      Date   6/20/07 |

| | APPROVED FOR PAYMENT — COURT USE ONLY | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT.<br>$0.00 |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED<br>$0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

Case 2:06-cr-00169-WKW-SRW    Document 287    Filed 06/20/2007    Page 2 of 3
Case 2:06-cr-00169-WKW-SRW    Document 205    Filed 04/23/2007    Page 1 of 1
Case 2:06-cr-00169-WKW-SRW    Document 201    Filed 04/18/2007    Page 1 of 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| JAMES EARL HUBBARD | ) | |

### ORDER

Upon consideration of defendant's motion for reimbursement of copy expenses (Doc. # 200), filed April 17, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The court finds defendant eligible for an interim reimbursement for the expense of copying discovery provided by the government, pursuant to 18 U.S.C. § 3006A(d)(1) and the Guide to Judiciary Policies and Procedures, Volume 7, Section C, Chapter 2.27. Counsel may file for reimbursement of these expenses using Form 20.

DONE, this 18th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal  Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/7/2007 | 6936 |

| Bill To | Ship To |
|---------|---------|
| Tiffiny McCord, Esq<br>505 S. Perry Street<br>Montgomery, Alabama 36104 | |

| Terms | Ship |
|-------|------|
| Due on receipt | 3/7/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 1 | Copy from U. S. Attorney's Office | 280.00 | 280.00T |

*Paid by Chuck*

Thank you for your business.

| | |
|---|---|
| **Sales Tax  (10.0%)** | $28.00 |
| **Total** | $308.00 |