**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**


**UNITED STATES OF AMERICA**               )
                                           )
**v.**                                     )          **2:06-cr-00169-WKW**
                                           )
**RODRIGEZ CHILDRES, et. al.**             )


**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, Rodriqez Childres, by and through counsel, and notifies

the Court of his intent to enter a plea of guilty to an Information to be filed in the above styled

case, pursuant to a plea agreement negotiated under the Rule 11(c)(1)(C) of the Federal Rules of

Criminal Procedure.

Respectfully submitted, this the 10st day of October, 2007.


/s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Clark Morris, Assistant United States Attorney.

/s/ Tiffany B. McCord
TIFFANY B. MCCORD (ASB-3669-F69M)
Law Office of Tiffany B. McCord
505 S. Perry Street
Montgomery, AL 36104
(334) 356-6529
(334) 263-4766
tmcdmc@netzero.com