IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| RODRIGEZ CHILDRES | ) | |

**<u>ORDER</u>**

Upon consideration of the government's Motion For Leave to Dismiss Indictment (Doc. # 537) as to Rodrigez Childres, and for good cause shown, it is ORDERED that the motion is GRANTED. The sentencing hearing scheduled for January 31, 2008 is CANCELLED.

DONE this 30th day of January, 2008.

                                           /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE